UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| All Things Garage, LLC, | Case No.: 2:20-cv-01598-JAD-DJA |
| Plaintiff | |
| v. | **Remand Order** |
| Dwayne Dunseath, | [ECF No. 5] |
| Defendant | |

All Things Garage, LLC filed this action based entirely on state-law claims in Nevada State Court. Defendant Dwayne Dunseath removed this case to this court based on federal-question jurisdiction.[1] Plaintiff moves to remand, arguing that, under the well-pleaded complaint rule, this action does not arise under federal law.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 5] is GRANTED**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 32, Case No. A-20-817911-C,** and CLOSE THIS CASE.

Dated: November 24, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 1.
[2] ECF No. 5.